BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051


Attorneys for Plaintiff


# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KOUEI SENG CHIN, | ) | Case No.  11-CIV-0813 EFB |
| | ) | |
| | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER EXTENDING PLAINTIFF'S |
| Plaintiff, | ) | TIME TO FILE SUMMARY |
| | ) | JUDGEMENT MOTION |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |
| of the United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from August 29, 2011, to October 27, 2011.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to prioritize older cases.


/ / / /

/ / / /

/ / / /

1

Dated: August 29, 2011            */s/Bess M. Brewer*
                                   BESS M. BREWER
                                   Attorney at Law

                                   Attorney for Plaintiff


Dated: August 29, 2011            Benjamin B. Wagner

                                   United States Attorney

                                   /s/ Armand Roth
                                   ARMAND ROTH

                                   Special Assistant United States Attorney
                                   Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED

DATED:  August 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE