BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KOUEI SENG CHIN**<br>**xxx-xx-4257**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. 11-CIV-813 EFB<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from October 27, 2011, to November 1, 2011. This short additional extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

1 | Dated: October 27, 2011

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: October 27, 2011

Benjamin B. Wagner

United States Attorney

/s/ Armand Roth
ARMAND ROTH

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE