1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KOUEI SENG CHIN**<br>**xxx-xx-4257**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>        **Defendant.** | Case No.  11-CIV-813 EFB<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from October 27, 2011, to November 1, 2011.  This short additional extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: October 27, 2011 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: October 27, 2011        Benjamin B. Wagner

United States Attorney

/s/ Armand Roth
ARMAND ROTH

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2