BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KOUEI SENG CHIN**<br>xxx-xx-4257<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.  11-CIV-813 EFB<br><br>**STIPULATION AND** ~~**PROPOSED**~~<br>**ORDER SETTLING ATTORNEY FEES**<br>**PURSUANT TO THE EQUAL**<br>**ACCESS TO JUSTICE ACT (EAJA),**<br>**28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND THREE HUNDRED FIFTY EIGHT dollars and 97 cents ($3, 358.97). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will

1  determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff,
2  but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the
3  government shall cause the payment of fees, expenses and costs to be made directly to Plaintiff's
4  counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to
5  Plaintiff's counsel.

6      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees
7  and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.
8  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims
9  that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in
10 connection with this action.

11     This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
12 attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA

14 Dated: December 19, 2012        */s/Bess M. Brewer*
                                    BESS M. BREWER
15                                  Attorney at Law

16                                  Attorney for Plaintiff

18
19 Dated: December 19, 2012        Benjamin B. Wagner

                                    United States Attorney
20
                                    /s/ *Armand Roth*
21                                   ARMAND ROTH

22                                  Special Assistant United States Attorney
                                    Attorneys for Defendant
23

24                          **ORDER**

25 APPROVED AND SO ORDERED.

26 DATED: May 22, 2013.

                                    _____
27                                  EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
28

2